

# NUMBER 13-23-00448-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF MANUEL PEÑA AND ROXANNE ALVARADO PEÑA AND IN THE INTEREST OF M.P.J., A.E.P., AND M.R.P.

---

### On appeal from the 444th District Court of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Longoria, Silva, and Peña
Memorandum Opinion by Justice Longoria**

On October 17, 2023, appellant Manuel Peña filed a pro se notice of appeal from a final decree of divorce and order for conservatorship. On October 23, 2023, the Clerk of this Court requested appellant to pay the $205.00 filing fee for the notice of appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce

this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court). The Clerk also advised appellant that the notice of appeal failed to comply with Texas Rules of Appellate Procedure 9.5(e), 25.1(d)(2), and 25.1(d)(4), and requested correction of these defects. *See* TEX. R. APP. P. 9.5(e), 25.1(d)(2), 25.1(d)(4); *see also id.* R. 37.1.

On November 15, 2023, the Clerk notified appellant that he was delinquent in submitting the filing fee for the notice of appeal and informed him that the appeal would be dismissed if the filing fee was not paid. *See id.* R. 42.3(b), (c). On December 14, 2023, the Clerk again advised appellant that the notice of appeal was defective, requested correction of the defects, and advised appellant that the appeal would be dismissed if the defects were not corrected. *See id.*

To date, appellant has neither paid the filing fee for the notice of appeal nor filed a corrected notice of appeal. This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee and has not filed a corrected notice of appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
29th day of February, 2024.

2